NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GLOBAL EQUITY MANAGEMENT (SA) PTY. LTD.,**
*Appellant*

**v.**

**EBAY INC., ALIBABA.COM HONG KONG LTD., BOOKING.COM B.V.,**
*Appellees*

---

2019-1303, 2019-1304

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2016-01828, IPR2016-01829.

---

**SUA SPONTE**

---

Before WALLACH, CLEVENGER, and STOLL, *Circuit Judges.*

PER CURIAM.

## O R D E R

Before the court is the parties' January 6, 2020 joint response to this court's order to show cause. The parties have agreed that this court's December 23, 2019 opinion should be unsealed in its entirety. Accordingly,

IT IS ORDERED THAT:

The opinion issued under seal on December 23, 2019 is hereby unsealed in its entirety.


FOR THE COURT

 January 14, 2020            /s/ Peter R. Marksteiner
        Date                 Peter R. Marksteiner
                             Clerk of Court